IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. GILLETTE,<br>      Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>      Defendant. | CIVIL No.:<br><br>COMPLAINT<br>(42 U.S.C. § 405(g)) |

    The above-named Plaintiff makes the following representations to this court for the purpose of obtaining judicial review of a decision of the Defendant adverse to the Plaintiff:

1. The Plaintiff, whose Social Security Account number is ***-**-2313, is a resident of San Francisco, San Francisco County, California.

2. The Plaintiff complains of a decision which adversely affects the Plaintiff in whole or in part. Plaintiff requests this court to find that the decision has become the final decision of the Commissioner for purposes of judicial review. It bears the following caption:

| In the case of: | Claim for: |
|---|---|
| | Period of Disability, Disability Insurance |
| Ronald E. Gillette | Benefits, and Supplemental Security Income |
| (Claimant) | |
| | ***-**-2313 |
| | (Social Security Number) |

3. On March 19, 2008, Plaintiff was notified that the Appeals Council issued a notice finding that the Administrative Law Judge's decision of June 27, 2007 was the final decision of the Commissioner of Social Security and thus jurisdiction is proper in this Court for Plaintiff to appeal the administrative decision pursuant to 405(g).

4. Plaintiff appeals this decision because she alleges (1) the Commissioner's actions, findings

and conclusions were not supported by substantial evidence and (2) incorrect legal standards were employed in the determination of the ultimate issues.

**WHEREFORE** the Plaintiff seeks judicial review by this court to remand her claim or pay her benefits; the entry of judgment for such other relief as may be proper, and for Equal Access to Justice Fees including costs.

Dated: May 7, 2008

Signed /Ian M. Sammis/

_____
IAN M. SAMMIS
Attorney for Plaintiff
Ronald E. Gillette