UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| | ) | |
| RONALD E. GILLETTE | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. CV 08-02377 WHA |
| (Petitioner) | ) | |
| V. | ) | |
| | ) | ORDER RE APPLICATION |
| MICHAEL J. ASTRUE | ) | TO PROCEED |
| Defendant(s), | ) | IN FORMA PAUPERIS |
| (Respondent) | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

( X )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED
and that the Clerk issue summons.
IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve,
without prepayment of fees, a copy of the complaint, any amendments, scheduling orders,
attachments, plaintiff's affidavit and this order upon the defendant.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED,
and that the filing fee of $350.00 be paid no later than                  . Failure to pay the filing fee
by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff
is hereby apprised of his/her responsibility to serve the complaint and any amendments,
scheduling orders,  attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff
has a continuing obligation to keep the Court informed of his or her current address.  Failure to
do so may result in dismissal of this action.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED
and that plaintiff is further ordered to make partial payment of the filing fee in the amount of
$          by                  . Failure to pay this amount will result in dismissal of the above-
entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to
serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4,
Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court
informed of his or her current address.  Failure to do so may result in dismissal of this action.

Dated:    June 3, 2008

_____
UNITED STATES DISTRICT JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RONALD E. GILLETTE,

            Plaintiff,

  v.

MICHAEL J. ASTRUE et al,

            Defendant.

_____/

Case Number: CV08-02377 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ian Michael Sammis
Attorney at Law
1108 Tamalpais Avenue #1
San Rafael, CA 94901

Dated: June 3, 2008

                          Richard W. Wieking, Clerk
                          By: Dawn Toland, Deputy Clerk