IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD E. GILLETTE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
                                /

No. C 08-02377 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 19, 2008.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE